# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KAMBIS ANVAR and
MICHELLE DRUM,
     Plaintiffs,

     v.                              C.A. No. 19-523 JJM

ELIZABETH KELLEHER DWYER,
Interim Director of Department
of Business Regulation,1 and
PETER F. NERONHA, Attorney General
of Rhode Island,
     Defendants,

     v.

RHODE ISLAND RESPONSIBLE
BEVERAGE ALCOHOL COALITION, INC.,
     Intervenor Defendant.

## JUDGMENT

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

     Judgment hereby enters for the Defendants Elizabeth Dwyer and Peter Neronha, and the Intervenor-Defendant Rhode Island Responsible Beverage Alcohol Coalition, Inc., and against Plaintiffs Kabis Anvar and Michelle Drum pursuant to the Memorandum and Order entered on September 29th, 2022 by this Court.

*(con't next page)*

Enter:

/s/ Ryan H. Jackson
Deputy Clerk

Dated: September 29, 2022