# United States Court of Appeals
## For the First Circuit

No. 22-1843

KAMBIS ANVAR and MICHELLE DRUM,

Plaintiffs, Appellants,

v.

ELIZABETH K. DWYER, in her official capacity as Interim Director of RI Department of Business Regulation; PETER F. NERONHA, in his official capacity as Attorney General of Rhode Island; and RHODE ISLAND RESPONSIBLE BEVERAGE ALCOHOL COALITION, INC.,

Defendants, Appellees.

**JUDGMENT**

Entered: September 7, 2023

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed in part, vacated in part, and the matter is remanded for further proceedings consistent with the opinion issued this day. All parties shall bear their own costs.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. John J. McConnell, Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island, Robert D. Epstein, James A. Tanford, Joseph Beutel, Marc DeSisto, Katherine Connolly Sadeck, Ryan M. Gainor, Rebecca Tedford Partington, Gerald J. Petros, Deborah A. Skakel, John C. Neiman Jr., Frederick R. Yarger, Teresa G. Akkara