UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KAMBIS ANVAR
and MICHELLE DRUM,
    *Plaintiffs*

v.                                                                         C.A. No. 1:19-cv-00523

ELIZABETH TANNER, Director of the
Department of Business Regulation, and
PETER NERONHA, Attorney General
of Rhode Island,
    *Defendants*

RHODE ISLAND RESPONSIBLE BEVERAGE
ALCOHOL COALITION, Inc.,
    *Intervening Defendant*

### MOTION FOR LEAVE TO FILE AS AMICUS IN FAVOR OF DEFENDANTS

Now comes the Rhode Island Liquor Operators Collaborative ("the Collaborative") and hereby requests leave of this Court to file an amicus brief in support of the Defendants' Motion for Summary Judgment. Other organizations that have been allowed to file as amicus in previous constitutional challenges, such as the United Independent Liquor Retailers and the Rhode Island Liquor Stores Association are defunct or are in the process of disbanding and re-forming as the Collaborative. The Collaborative is organized as a 501(c)(6) non-profit organization, and its donors make up approximately 50% of the alcoholic beverage retailers in the State of Rhode Island. The Collaborative believes that an amicus from their perspective would be helpful to the Court, and would not be duplicative of any other brief, including the initial amicus. Indeed, the First Circuit requested "concrete evidence" of enforcement. In the three-tier system, manufacturers and wholesalers are regulated by the State. The third tier, retailers-or Class A license holders—are regulated by municipalities. This most important level of traffic in alcoholic beverages must be

considered in determining the purpose and effect of state AND municipal regulation. The Plaintiffs ignore the retailers and municipalities, but this is where the regulations are the strongest and the enforcement most common.

For these reasons, the R.I. Liquor Collaborative respectfully requests that it be allowed to file an amicus brief consistent with the Stipulation and Order (ECF 101), on March 8, 2024. The Collaborative will make every effort to avoid repetition of the matters contained in its first amicus.

United Independent Liquor Retailers,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
*/s/ Rebecca Tedford Partington*
Rebecca Tedford Partington, Esq. (#3890)
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
(401) 272-4442
marc@desistolaw.com
rebecca@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 1st day of December 2023 and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

Scott J. Summer, Esq. (#4127)
sjs@lawyerscollaborative.com

Gerald J. Petros, Esq. (#2931)
gepetros@hinckleyallen.com

James A. Tanford, Pro Hac Vice.
tanford@indiana.edu

Ryan M. Gainor, Esq. (#9353)
rgainor@hinckleyallen.com

Katherine Sadek, AAG (#8637)
ksadek@riag.ri.gov

Deborah A. Skakel, Pro Hac Vice.
dskakel@blankrome.com

Joseph Beutel, Pro Hac Vice.  
joe@beutellaw.com

Robert D. Epstein, Pro Hac Vice.  
rdepstein@aol.com

*/s/ Marc DeSisto*